U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 0 2017
CLERK, U.S. DISTRICT COURT
By_____
    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AUTOBAHN IMPORTS, L.P. D/B/A LAND ROVER OF FORT WORTH, | § § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 4:16-CV-1172-A |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT AS TO CERTAIN CLAIMS

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Autobahn Imports, L.P. d/b/a Land Rover of Fort Worth, have and recover from defendant, Jaguar Land Rover North America, LLC, $951,614.40; and,

The court further ORDERS, ADJUDGES, and DECREES that plaintiff have and recover from defendant all costs of court incurred by plaintiff in this action.

SIGNED June 20, 2017.

_____
JOHN McBRYDE
United States District Judge